IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYRESE MCKINNON,<br><br>Defendant. | <u>UNDER SEAL</u><br><br>Case No. 1:25-MJ-259 |

**<u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT</u>**

I, Jonathon Kemp, a Special Agent with Naval Criminal Investigative Service ("NCIS"), being first duly sworn, hereby depose and state as follows:

**<u>INTRODUCTION AND AGENT BACKGROUND</u>**

1.  I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in the United States Code.

2.  I am a Special Agent with NCIS. I am assigned to the Washington, D.C. Field Office. Prior to becoming an NCIS Special Agent, I was a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), from September 2020 to December 2022. During my participation in law enforcement, I have conducted and assisted with arrests, search warrants, and court orders. I have investigated and assisted in investigations involving firearms, stolen property, narcotics, and other matters, which have resulted in arrests and convictions.

3.  The facts and information contained in this Affidavit are based upon my training and experience, participation in investigations, personal knowledge and observations during the

course of this investigation, as well as the observations, training, and experience of other agents and law enforcement officers involved in this investigation. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of records, documents, videos, and other evidence obtained during the course of this investigation.

4. Because this Affidavit is being submitted for the limited purpose of obtaining a Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the issuance of the Complaint and Arrest Warrant.

5. I make this Affidavit in support of an application for a Criminal Complaint and Arrest Warrant for **TYRESE MCKINNON**. For the reasons set forth below, I submit that there is probable cause to believe that MCKINNON has committed a violation of 18 U.S.C. §§ 371 and 2312 (conspiracy to transport knowingly stolen motor vehicles in interstate commerce), among other crimes.

## PROBABLE CAUSE

6. This case relates to a conspiracy to steal motor vehicles from the parking facilities of Ronald Reagan Washington National Airport ("Reagan National" or "Reagan National Airport") and to transport those vehicles across interstate lines.

7. In the course of the conspiracy, MCKINNON and/or his co-conspirators stole multiple cars from Reagan National and transported them, or agreed to transport them, to Maryland and the District of Columbia. MCKINNON participated in this auto-theft conspiracy between at least January and April 2023.

I. **Background on Ronald Reagan Washington National Airport**

8. Reagan National is an airport located at or near 2401 Smith Boulevard,

Arlington, Virginia, within the Eastern District of Virginia. The airport contains two terminals, "Terminal 1" and "Terminal 2," servicing several major airlines.

9. Reagan National contains several parking facilities. One of the parking facilities ("Parking Garage 1") is connected to Terminal 1 through an underground walkway. Another of the parking facilities ("Parking Garage 2") is connected to Terminal 2 through a covered, above-ground walkway. Parking Garage 1 and Parking Garage 2 are both large, multi-level parking structures that are accessible to the public.

10. An airport authority, called the Metropolitan Washington Airports Authority ("MWAA"), operates Reagan National. MWAA operates a police department, called the Metropolitan Washington Airports Authority Police Department ("MWAA PD").

## II. Auto Thefts Between January and April 2023

11. Between approximately January and April 2023, MWAA PD officers observed an uptick in the number of vehicles being stolen from Reagan National's parking facilities. Four of the vehicle thefts that MWAA PD officers investigated are described below.

### A. January 3, 2023 Theft of a 2019 Chevrolet Tahoe

12. On or about January 4, 2023, a Special Agent with NCIS submitted a report to MWAA PD about a missing vehicle, specifically, a black 2019 Chevrolet Tahoe, that belonged to NCIS. Reagan National's license-plate reader systems showed that the 2019 Chevrolet Tahoe had entered Parking Garage 2 the previous day, January 3, 2023.

13. Law enforcement recovered video surveillance footage from Reagan National from January 3, 2023. The video footage showed two individuals entering Reagan National, entering an elevator that leads to Parking Garage 2, walking around Parking Garage 2, and then entering or attempting to enter various parked vehicles. The video footage then showed a vehicle matching

the description of the 2019 Chevrolet Tahoe pulling out of a parking space, driving through Parking Garage 2, and exiting the facility.

14. The video surveillance footage showed that in order to exit the parking garage, the 2019 Chevrolet Tahoe closely followed the vehicle in front of it, so that the 2019 Chevrolet Tahoe could exit the garage without presenting a ticket or form of payment, and without being detected by the garage's license plate readers. This is a practice known as "piggybacking."

15. Based on my investigation and the information contained in this Affidavit, I believe that one of the individuals shown in this video surveillance footage was MCKINNON. The other individual in the surveillance footage was a known associate of MCKINNON.

16. Screenshots of portions of the video surveillance footage from January 3, 2023, showing MCKINNON and MCKINNON's associate, are printed below.

**Video Surveillance Footage of Reagan National on January 3, 2023**



17. Law enforcement later reviewed social media accounts for MCKINNON and

certain of MCKINNON's associates. Several of these social media accounts were viewable by the public. A photo dated December 19, 2022 of MCKINNON from one of his Instagram accounts, as verified by subscriber information obtained pursuant to legal process, matched the description of the person whom law enforcement observed in the January 3, 2023 video surveillance footage. In the Instagram photo, MCKINNON could also be seen wearing the same or similar sneakers and jacket (a navy blue parka with brown fur trim) as the sneakers and jacket that he was observed wearing on January 3, 2023.

**Photo of MCKINNON from His Instagram Account**



18.     Law enforcement later obtained a booking photo of MCKINNON. This booking photo also matched the description of the person observed in the video surveillance footage on January 3, 2023. The booking photo is printed below.

5

**Prior Booking Photo of MCKINNON**



19.     Through a search warrant, law enforcement obtained cell-site location information ("CSLI") for a telephone number associated with MCKINNON, as verified by subscriber data and searches through law enforcement databases.  This data showed that a device using this telephone number was present at Reagan National at around the same time as the events recorded in the above-referenced surveillance footage occurred.

20.     Law enforcement tracked the 2019 Chevrolet Tahoe to a location in Southeast Washington, D.C.  This location was an approximate ten-minute walk from a residence where, at a later date, law enforcement observed MCKINNON to be living.

21.     Law enforcement recovered the 2019 Chevrolet Tahoe and, pursuant to consent given by the vehicle's owner, NCIS, processed it for forensic evidence.  Forensic analysis found that a fingerprint on the vehicle was a likely match with fingerprints associated with MCKINNON.

    **B.**     **February 22, 2023 Theft of a 2020 Jeep Wrangler**

22.     On or about February 24, 2023, MWAA PD received a report of a gray 2020 Jeep

Wrangler missing from Parking Garage 2. This vehicle was reported to have been parked in Parking Garage 2 three days earlier, on February 21, 2023.

23. Law enforcement reviewed video surveillance footage of Reagan National from February 22, 2023, two days before the 2020 Jeep Wrangler was reported missing. A law enforcement officer took a screenshot of a portion of this surveillance footage. This screenshot showed two individuals walking toward the elevator that leads to Parking Garage 2. One of these individuals appeared to be MCKINNON. The screenshot is printed below.[1]

**Video Surveillance Footage of Reagan National on February 22, 2023**



24. According to a police report, surveillance footage from this date showed the 2020 Jeep Wrangler exiting Parking Garage 2 shortly after the time corresponding to this screenshot. The police report stated that the Jeep Wrangler exited the parking garage by "piggybacking" behind another vehicle.

---

[1] Beyond this screenshot, full video surveillance footage of Reagan National on February 22, 2023 is not available.

7

25. The CSLI data that law enforcement obtained also showed that a device using the telephone number associated with MCKINNON was present at Reagan National at around the same time as the events captured in the above-referenced video surveillance footage screenshot took place.

26. On or around March 17, 2023, law enforcement recovered the 2020 Jeep Wrangler from a location in Northwest Washington, D.C.

27. During an arrest on a later date, law enforcement recovered a cell phone from MCKINNON. Law enforcement extracted and reviewed the data on this cell phone pursuant to a search warrant. The phone extraction contained multiple photos of a gray Jeep Wrangler. These photos were dated February 23, 2023, the day after the gray 2020 Jeep Wrangler was likely stolen from Reagan National. One of these photos showed a portion of this vehicle's license plate, which matched the license plate of the stolen gray 2020 Jeep Wrangler.

  **C. March 26, 2023 Report of a Missing 2014 Jaguar XF**

28. On or about March 26, 2023, MWAA PD received a report of a black 2014 Jaguar XF missing from Parking Garage 2. The vehicle was reported to have been parked in Parking Garage 2 a few days earlier, on March 23, 2023.

29. The owners of the 2014 Jaguar XF reported to law enforcement that on March 26, 2023, they received fraud alerts for certain credit cards that they had left inside of the Jaguar XF. These alerts indicated that one of the credit cards had been used at a CVS in Temple Hills, Maryland.

30. Law enforcement recovered a purchase receipt from the CVS in Temple Hills, Maryland, showing the date and time when the credit card was used at the store. Law enforcement then recovered video surveillance footage from the CVS from that time. The video surveillance

footage showed MCKINNON and another person using the credit card to make a purchase from the CVS. Screenshots of this video surveillance footage are printed below.

**Video Surveillance Footage of CVS Store in Temple Hills, Maryland on March 26, 2023**

  

31. The CSLI data that law enforcement obtained showed that a device using the telephone number associated with MCKINNON was present in the area near the CVS at around the time that the credit card from the Jaguar XF was used. The CSLI data also showed that this device made multiple trips to Reagan National on the same day, March 26, 2023.

32. As discussed above, law enforcement recovered a cell phone from MCKINNON during an arrest on a later date. Law enforcement reviewed the data from this cell phone pursuant to a search warrant. The phone extraction contained multiple photos of the Jaguar XF, including photos that clearly show the vehicle's license plate. The date of these photos was March 27, 2023, the day after the Jaguar XF was reported missing.

33. On or around April 3, 2023, law enforcement recovered the 2014 Jaguar XF from

a location in Southeast Washington, D.C. This location is an approximate ten-minute drive from the residence associated with MCKINNON, described above.

### D. April 4, 2023 Report of a Missing 2008 Range Rover

34. On or about April 4, 2023, MWAA PD received a report of a black 2008 Range Rover missing from Parking Garage 2. The vehicle was reported to have been parked in Parking Garage 2 on or around March 30, 2023.

35. Law enforcement reviewed video surveillance footage of Reagan National from April 3, 2023, the day before the 2008 Range Rover was reported missing. The footage showed MCKINNON entering Reagan National from the airport's Metro stop, taking an elevator that leads to Parking Garage 2, and attempting to enter several vehicles in Parking Garage 2. The footage then showed the 2008 Range Rover leaving the garage by "piggybacking" behind another car. A screenshot of a portion of the video surveillance footage is printed below.

**<u>Video Surveillance Footage of Reagan National on April 3, 2023</u>**



36. In this video surveillance footage, MCKINNON can be seen wearing the same jacket (a navy blue parka with brown fur trim) shown in the photo from his Instagram account and in other surveillance footage from Reagan National, referenced above.

37. The CSLI data that law enforcement obtained showed that a device using the telephone number associated with MCKINNON was present at or near Reagan National at around the same time as the events recorded in the above-referenced video surveillance footage occurred.

38. On or about April 26, 2023, law enforcement recovered the 2008 Range Rover from a location in Suitland, Maryland.

39. The extraction from the cell phone that was seized from MCKINNON during his aforementioned arrest contained a photo of a vehicle matching the description of the 2008 Range Rover. The photo was dated April 4, 2023, the day after MCKINNON was observed in the video surveillance footage at Reagan National.

40. The cell phone extraction also contained a search, on April 4, 2023, for the approximate location in Suitland, Maryland, where the 2008 Range Rover was recovered.

### III.  Other Evidence of the Auto-Theft Conspiracy

41. The extraction of MCKINNON's cell phone, discussed above, contained photos of multiple vehicles, including photos of vehicles parked within Reagan National's parking garages. Many of these photos showed the vehicles' license plates. Several of the license plates in these photos matched the license plates of vehicles that had been reported missing or stolen from Reagan National.

42. Further, the extraction of MCKINNON's cell phone also contained screenshots of text messages with other individuals about the theft, transport, and sale of motor vehicles. In one screenshot of a text exchange, dated February 2023, MCKINNON and another person discussed

the year and model of a certain vehicle, discussed whether the vehicle could have a GPS tracker in it, and then made arrangements for the transfer of that vehicle. In another screenshot of a text exchange, also dated February 2023, MCKINNON appeared to make arrangements with another person to make a trip to Reagan National.

43. Law enforcement obtained recorded telephone calls from a facility where MCKINNON was detained on certain local charges between approximately April and June 2023. In one of these calls, MCKINNON spoke to an associate and discussed a new potential contact who, MCKINNON said, could assist them with the transfer and sale of stolen car parts.

## IV. Evidence of Other Auto Thefts

44. As discussed above, MCKINNON was detained on local charges between approximately April and June 2023. Following his release, MCKINNON continued participating in auto thefts.

### A. March 13, 2024 Theft of a 2021 Honda Pilot

45. On or about March 13, 2024, MWAA PD received a report of a white 2021 Honda Pilot missing from Parking Garage 2. The vehicle was reported to have been parked in Parking Garage 2 the previous day, on March 12, 2024.

46. Law enforcement reviewed video surveillance footage of Reagan National from March 13, 2024, the day that the 2021 Honda Pilot was reported missing. The video surveillance footage showed MCKINNON near an elevator leading to Parking Garage 2 and then pulling on the handles of multiple vehicles in the parking facility. At one point, MCKINNON appeared to enter a vehicle matching the description of the 2021 Honda Pilot, after which the 2021 Honda Pilot appeared to drive through Parking Garage 2 and exit the garage by "piggybacking" behind another vehicle. The video surveillance footage showed that the driver of the 2021 Honda Pilot was a

person wearing some of the same clothing that MCKINNON was observed wearing in other portions of the video surveillance footage that day. Screenshots of a portion of this video surveillance footage are printed below.

**Video Surveillance Footage of Reagan National on March 13, 2024**

 

47. The 2021 Honda Pilot was later recovered from a location in Suitland, Maryland, during the evening of March 13, 2024.

    **B.**    **April 5, 2024 Theft of a 2020 Kia Sportage**

48. On or about April 5, 2024, law enforcement was conducting visual surveillance on MCKINNON. Law enforcement observed MCKINNON enter a courthouse in Glen Burnie, Maryland, likely to attend a court hearing. Law enforcement later observed MCKINNON leave the courthouse and take a car (likely obtained through a ride-share app) to Baltimore/Washington International Thurgood Marshall Airport ("BWI Airport").

49. Law enforcement followed MCKINNON to BWI Airport. After a period of time, law enforcement observed MCKINNON leave BWI Airport driving a silver 2020 Kia Sportage.

Through contact with authorities in Maryland, law enforcement learned that a silver 2020 Kia Sportage vehicle had been reported stolen from BWI Airport that day.

50. A few days later, on or around April 8, 2024, law enforcement visited the area near a residence associated with MCKINNON in Southeast Washington, D.C. Law enforcement observed the silver 2020 Kia Sportage in that area at that time, with MCKINNON in close proximity to it. Law enforcement later observed an associate of MCKINNON driving the 2020 Kia Sportage to another location in Washington, D.C., while MCKINNON followed this associate in another vehicle. The associate left the Kia Sportage in this second location, where law enforcement later recovered it.

## CONCLUSION

51.    Based on the foregoing, I submit there is probable cause to believe that between at least January and April 2023, in Arlington County, Virginia, within the Eastern District of Virginia and elsewhere, TYRESE MCKINNON did knowingly conspire to commit an offense against the United States, to wit, the interstate transportation of knowingly stolen motor vehicles, in violation of 18 U.S.C. §§ 371 and 2312.

Respectfully submitted,

KEMP.JONATHON.FORD ALEXANDER.1407037908
Digitally signed by KEMP.JONATHON.FORD ALEXANDER.1407037908
Date: 2025.04.23 09:19:40 -04'00'

Jonathon Kemp
Special Agent
Naval Criminal Investigative Service

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on April 25, 2025

Digitally signed by Ivan Davis
Date: 2025.04.25 13:05:37 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia